Submitted March 2, reversed April 25, 2012

In the Matter of E. B.,
Alleged to be a Mentally Ill Person.

STATE OF OREGON,
*Respondent,*

*v.*

E. B.,
*Appellant.*

Multnomah County Circuit Court
110565728; A148932

276 P3d 285

Garrett A. Richardson and Multnomah Defenders, Inc., filed the brief for appellant.

John R. Kroger, Attorney General, Anna M. Joyce, Solicitor General, and Justice J. Rillera, Assistant Attorney General, filed the brief for respondent.

Before Ortega, Presiding Judge, and Brewer, Judge, and Sercombe, Judge.

PER CURIAM

## PER CURIAM

Appellant seeks reversal of the trial court's judgment committing her as a mentally ill person for a period not to exceed 180 days. ORS 426.130. She contends that the trial court erred in concluding that she is unable to provide for her basic needs as the result of a mental disorder. *See* ORS 426.005(1). The state concedes that the record does not contain legally sufficient evidence to support the involuntary commitment and that the trial court's judgment should be reversed. We agree, accept the state's concession, and reverse.

Reversed.